```
 1  Nicholas P. Roxborough, Esq. (SBN 113540)
    Michael L. Phillips, Esq. (SBN 232978)
 2  ROXBOROUGH, POMERANCE & NYE LLP
    5820 Canoga Avenue, Suite 250
 3  Woodland Hills, California 91367
    Telephone:(818) 992-9999
 4  Facsimile: (818) 992-9991

 5  Attorneys for Defendant
    ROBERT MANUFACTURING COMPANY, INC.
 6
    ROSS, DIXON & BELL, LLP
 7  Ryan C. Tuley  (Cal. Bar No. 198249)
    rtuley@rdblaw.com
 8  5 Park Plaza, Suite 1200
    Irvine, California 92614
 9  Telephone: (949) 622-2700
    Facsimile: (949) 622-2739
10
    Eileen King Bower
11  ebower@rdblaw.com
    David F. Cutter
12  dcutter@rdblaw.com
    55 West Monroe Street, Suite 3000
13  Chicago, Illinois 60603
    Telephone: (312) 759-1920
14  Facsimile: (312) 759-1939

15  Attorneys for Plaintiff
    Steadfast Insurance Company
16
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE COURTHOUSE

| | |
|---|---|
| STEADFAST INSURANCE COMPANY, | CASE NO. ED CV 08-00027 SGL (OPx) |
| Plaintiff, | [Assigned to Courtroom DJ, Hon. Stephen G. Larson, Presiding] |
| vs. | **STIPULATED JUDGMENT** |
| ROBERT MANUFACTURING COMPANY, | |
| Defendant. | |

///

1

STIPULATED JUDGMENT

The following stipulated agreement by and between plaintiff Steadfast Insurance Company ("Steadfast") and defendant Robert Manufacturing Company ("RMC") shall constitute the Judgment of this Court:

1. This is an insurance action in which Steadfast seeks a judicial determination regarding the rights and obligations of the parties with respect to five one-year commercial general liability policies that Steadfast issued to RMC effective July 31, 2002 through July 31, 2007 (the "Policies"), as referenced in paragraph 1 of the Complaint.

2. Paragraphs 1 through 22 of the Complaint set forth facts related to the underwriting and issuance of the Policies and RMC's notice to Steadfast regarding certain underlying claims. Based on these facts, Steadfast seeks rescission of the Policies in Count I. In the alternative, in Count II, Steadfast seeks a declaration of the rights and duties of the parties under the Policies.

3. Steadfast and RMC stipulate and agree to the relief requested in Count I of the Complaint – *i.e.* rescission of the Policies, making Count II moot.

4. Steadfast agrees to return to RMC $1,193,930 in premium within ten days following the entry of final judgment in this case.

5. As a result of their stipulation to the relief requested in Count I of the Complaint and the return of premium reflected herein, the Policies are rescinded and *void ab initio* such that Steadfast has no obligation and RMC has no rights of any kind under any of the Policies.

6. Each of the parties to this action shall bear their own fees, costs and expenses.

7. This judgment shall become final for all purposes upon entry of judgment, and the parties waive their respective rights to appeal or seek review of this judgment by a higher court.

IT IS SO STIPULATED:

Dated: March 4, 2008

Steadfast Insurance Company

By: [signature]

Title: Vice President

Dated: March 4, 2008

Robert Manufacturing Company

By: [signature Robert Hartwell]

Title: President

APPROVED AS TO FORM:

Dated: March 4, 2008

ROSS, DIXON & BELL, LLP

By: [signature]
Ryan C. Tuley (Cal. Bar No. 198249)
rtuley@rdblaw.com
5 Park Plaza, Suite 1200
Irvine, California 92614
Telephone: (949) 622-2700
Facsimile: (949) 622-2739

Eileen King Bower
ebower@rdblaw.com
David F. Cutter
dcutter@rdblaw.com
55 West Monroe Street, Suite 3000
Chicago, Illinois 60603
Telephone: (312) 759-1920
Facsimile: (312) 759-1939

Counsel for Plaintiff Steadfast Insurance Company

| | |
|---|---|
| 1  Dated: March 4, 2008 | ROXBOROUGH, POMERANCE & NYE, LLP |
| 2 | |
| 3 | |
| 4 | By: /s/ *signature* |
| 5 | Nicholas P. Roxborough, Esquire |
| 6 | Michael L. Phillips, Esquire |
| 7 | 5820 Canoga Avenue, Suite 250 |
|   | Woodland Hills, CA 91367 |
| 8 | |
| 9 | Counsel for Defendant Robert Manufacturing Company |

1     Pursuant to the above agreement of the parties, JUDGMENT IS
2 THEREFORE GRANTED in favor of plaintiff and against defendant with respect
3 Count I, and Count II is dismissed as moot.
4     IT IS SO ORDERED AND ADJUDGED AND DECREED on this 7th day of
5 March, 2008 that this action is decided and that this final judgment is to be
6 entered by the Clerk of this Court.

9 Dated: March 7, 2008

                                             The Honorable Steven G. Larson
                                             United States District Judge

# PROOF OF SERVICE
*Steadfast Insurance Company v. Robert Manufacturing Company*
ED CV 08-00027 SGL (OPx)

I, Lisa Golden, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1200, Irvine, California 92614-8592 and my email address is lgolden@rdblaw.com. On March 4, 2008, I served the foregoing document(s) described as:

## STIPULATED JUDGMENT

[X] **BY ELECTRONIC MAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the attached service list. I did not receive, within reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY MAIL:** As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On the parties in this action by placing a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made under the laws of the United States of America. Executed on March 4, 2008, at Irvine, California.

_____
Lisa Golden

857537 v 1

Ross, Dixon & Bell, LLP
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592

# SERVICE LIST
### *Steadfast Insurance Company v. Robert Manufacturing Company*
### ED CV 08-00027 SGL (OPx)

| | |
|---|---|
| Nicholas P. Roxborough, Esq.<br>Michael L. Phillips, Esq.<br>Roxborough, Pomerance & Nye LLP<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367 | *Attorneys for Defendant*<br>*Robert Manufacturing Company,*<br>*Inc.* |

857537 v 1

- 2 -